359 A.2d 897

GERBER

v.

CAPOZZI, et ux., Appellants.

Submitted November 17, 1975. Allen N. Brunwasser, for appellants; Stanley J. Reisman, for appellee.

Order affirmed.